■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD L. MORRIS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People*

*v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—assault, second degree, and other charges.) Present—Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.